**08CR 0106**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS



| Name of Assigned Judge or Magistrate Judge | **JUDGE MORAN** | Sitting Judge if Other Than Assigned Judge | **Marla Valdez** |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0651 | DATE | **FEBRUARY 5, 2008** |
| CASE TITLE | US v. RAYMIE HENDERSON, NOWELL PATRICK LANDO & AUGUSTUS WRIGHT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

---

### GRAND JURY PROCEEDING

SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open court this date before

Judge or Magistrate Judge _____

---

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE
ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO NOWELL LANDO. TO
SET PRELIMINARY BAIL AT $25,000.00 (SECURED) AS TO RAYMIE
HENDERSON AND AUGUSTUS WRIGHT.

FEB 05 2008

**FILED**

FEB - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | | |
| | No notices required. | | | | Date docketed | |
| | Notices mailed by judge's staff. | | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | | Date mailed notice | |
| | Docketing to mail notices | | | | | |
| | Mail AO 450 form. | | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | | |