## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 1-3 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. RAYMIE HENDERSON, NOWELL P. LANDO, AUGUSTUS WRIGHT | | |

**DOCKET ENTRY TEXT**

Arraignment and plea set for February 12, 2008 at 9:00 a.m. is reset to February 12, 2008 at 1:00 P.M.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|