Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 1 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. RAYMIE HENDERSON | | |

**DOCKET ENTRY TEXT**

Arraignment held . Defendant enters plea of not guilty to all counts of the indictment.   16.1(A) conference to be held by or on 2/19/2008.  Pretrial motions to be filed by 3/4/2008.  Government's answer to pretrial motions to be filed by 3/11/2008.  Reply to be filed by 3/18/2008.  Status hearing is set for 3/20/2008 at 9:15 a.m.  Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 2/12/2008 and ending on 3/20/2008.  Robert Habib is attorney for defendant.   (X-T)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LG |
|---|---|---|