## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 1 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. RAYMIE HENDERSON | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to 2/21/2008. Status hearing is set for 2/21/2008 at 9:15 a.m. as to Raymie Henderson.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

Case 1:08-cr-00106　Document 8　Filed 02/12/2008　Page 1 of 1

08CR106 - 1 USA vs. RAYMIE HENDERSON　　　　Page 1 of 1