Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. RAYMIE HENDERSON | | |

**DOCKET ENTRY TEXT**

Bond hearing held as to Raymie Henderson. Defendant is released on a $4,500 OR Bond.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|