UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                       Case No.: 1:08−cr−00106
                                                         Honorable James B. Moran

Raymie Henderson, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable James B. Moran as to Raymie Henderson, Nowell Lando, Augustus Wright:Status hearing held on 3/20/2008 and continued to 5/8/2008 at 09:15 AM. as to all defendants. All pretrial motions to be filed by 4/21/2008. Responses to be filed by 4/28/2008. Replies to be filed by 5/5/2008. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 3/20/2008 and ending on 5/8/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.