UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                    Plaintiff,

v.                                                    Case No.: 1:08−cr−00106
                                                      Honorable James B. Moran

Raymie Henderson, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

MINUTE entry before the Honorable James B. Moran as to Raymie Henderson, Nowell Patrick Lando and Augustus Wright:Status hearing held on 6/12/2008 and continued to 11/13/2008 at 9:15 AM. Motions in limine to be filed by 10/27/2008. Government's response to be filed by 11/3/2008. Defendants' replies to be filed by 11/10/2008. Jury Trial is set for 12/1/2008 at 10:00 AM. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 6/12/2008 and ending on 12/1/2008 as to Raymie Henderson, Nowell Patrick Lando and Augustus Wright. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.