IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 19 2010
4/19/2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 0106 |
| ) | |
| vs. ) | The Hon. Elaine Bucklo |
| ) | District Judge, Presiding |
| RAYMIE HENDERSON, ) | |
| ) | |
| Defendant. ) | |

## DOCKETING STATEMENT

NOW COMES the Defendant, RAYMIE HENDERSON, *pro se*, and hereby submits the following Docketing Statement pursuant to Circuit Rule 3(c). In support thereof states as follows:

1. On February 5, 2008, the Special August 2006 Federal Grand Jury in Chicago returned a 2-count indictment plus a count of forfeiture in the above captioned case. The district court had jurisdiction pursuant to 18 U.S.C. §3145 and 28 U.S.C. §1291.

2. That on December 10, 2008, the trial commenced in the above captioned cause.

3. That on December 12, 2008, the jury returned verdicts. The jury found Defendant guilty of Count 1 and Count 2.

4. That on April 9, 2010 the Defendant was sentenced to 69 months in the custody of the Attorney General.

5. That the Defendant remains upon bond pending surrender to serve his sentence.

6. That the Court of Appeals has jurisdiction to review the district court's commitment orders pursuant to 18 U.S.C. §3145 and 28 U.S.C. §1291.

Respectfully submitted,

RAYMIE HENDERSON

Dated April 19, 2010